# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LISA LINDSEY**                                                                         **PLAINTIFF**

**V.**                            **CASE NO. 4:17-cv-00680-SWW/JJV**

**NANCY A. BERRYHILL,**
Deputy Commissioner for Operations,
performing the duties and functions not
reserved to the Commissioner of Social Security,                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Lisa Lindsey's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 1st day of May, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE