# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LISA LINDSEY**                                                                                              **PLAINTIFF**

**V.**                          **CASE NO. 4:17-cv-00680-SWW/JJV**

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions not**
**reserved to the Commissioner of Social Security,**
                                                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 1st day of May, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE